

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-17-00492-CR

Oscar Mauricio Paredes **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10052
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on January 22, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to February 21, 2018.

On February 21, 2018, the appellant filed a motion requesting an additional thirty-day extension of time to March 23, 2018. By order dated February 23, 2018, this court granted the motion and extended the deadline to March 23, 2018. Our order stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by March 23, 2018."

Appellant's brief has not been filed. Appellant's attorney is therefore ORDERED to respond to this court in writing within ten days from the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.



Keith E. Hottle
Clerk of Court